**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-6340**

THEODORE SULLIVAN,

Plaintiff - Appellant,

v.

R. W. YOUNCE, Former Warden, sued in their individual and official capacities; PEARSON, Warden, sued in their individual and official capacities; HARRISON, Lt. Invs., sued in their individual and official capacities; MEDILIA, Sgt., sued in their individual and official capacities; WENDY S. HOBBS, Eastern Regional Administrator, sue in her individual and official capacities,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, Senior District Judge.  (3:15-cv-00010-REP-RCY)

Submitted:  August 31, 2017                    Decided:  September 11, 2017

Before NIEMEYER, AGEE and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Theodore Sullivan, Appellant Pro Se. Margaret Hoehl O'Shea, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Theodore Sullivan appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Sullivan v. Younce*, No. 3:15-cv-00010-REP-RCY (E.D. Va. Feb. 16, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*